# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Preston Bennett
       Plaintiff,

v.              Case No.: 1:18−cv−04268
              Honorable John Robert Blakey

Thomas Dart, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2019:

  MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 4/11/2019. Plaintiff's motion for sanctions [62] is granted in part, and denied in part, as stated in open court. All previously set deadlines and hearings to stand. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.