IN THE UNITED STATES DISRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PRESTON BENNETT, individually and )
for a class, )
        Plaintiffs, )
)
-vs- )
) No. 18-cv-4268
THOMAS DART, SHERIFF OF )
COOK COUNTY, AND COOK ) Honorable Judge
COUNTY, ILLINOIS, ) John Robert Blakey
)
        Defendants. )

### AFFIDAVIT OF SABRINA RIVERO-CANCHOLLA

I, Sabrina Rivero-Canchola, being duly sworn according to law, state the following under oath:

1. I am the ADA Compliance Officer for the Cook County Department of Corrections. I have held this position since September of 2015.

2. As an ADA Compliance Officer, my duties and responsibilities include making sure that the Sheriff's Office complies with the Americans with Disabilities Act. As part of these duties, I implement reasonable accommodations for qualified individuals throughout the Cook County Department of Corrections.

3. Part of my responsibilities as the ADA Compliance Officer is to review and respond to inmate grievances that relate to: a lack of accommodation(s), denial of services or programs based on a disability, and any other matter related to an inmate's disability or the Americans with Disabilities Act.

4. There are shower chairs available in Division 10 of the Cook County Department of Corrections ("CCDOC") to use as an accommodation for showering and toileting.

1

EXHIBIT 2

5. Preston Bennett ("Mr. Bennett") used these shower chairs as an accommodation for showering and toileting while he was housed in Division 10.

6. On information and belief, Mr. Bennett was never denied the use of these shower chairs as an accommodation for showering and toileting while he was housed in Division 10.

7. I had conversations with Mr. Bennett in my official capacity as ADA Compliance Officer in which Mr. Bennett discussed housing at CCDOC.

8. Mr. Bennett never complained to me about having difficulty showering or toileting while he was housed in Division 10.

9. On May 2, 2018, Mr. Bennett filed a grievance, Control # 2018x05004, in which he stated "I have a disability. I am not being housed correctly according to ADA standards for the type of disability I have."

10. On May 15, 2018, I responded that "I spoke with Mr. Bennett on 5/11/18, his only complaint was shoulder pain and difficulty walking long distances in crutches. Both have been addressed by medical. Mr. Bennett stated he has no difficulty eating, showering, toileting, or ambulating on the tier."

11. During my May 11, 2018 conversation with Mr. Bennett, Mr. Bennett affirmatively stated that he had no difficulty showering or toileting in Division 10.

12. In Mr. Bennett's appeal to grievance Control # 2018x05004, he did not dispute that he stated that he had no difficulty showering or toileting.

13. On information and belief, no inmate in Division 10 has ever been denied the use of shower chairs for toileting or showering.

14. There is a ramp outside of the Leighton Criminal Courthouse ("Leighton ramp") which CCDOC inmates traverse to get to court.

**EXHIBIT 2**

15. There is a sign posted on the wall next to the Leighton ramp which states the following:

### NOTICE-ORDER

> You are not to go up or down any ramps without an officer. You must wait for an officer to escort you. If you need assistance to go up or down the ramp, please request help. If you go up or down the ramp without an officer escort, it will result in a disciplinary ticket for violating a direct order.

16. The above referenced sign has been posted near the Leighton ramp since 2014 and continues to be posted at that location to this day.

17. Regardless of an inmate's ability status, no inmate is permitted to traverse the Leighton ramp on his or her way to or from Leighton without an escort from the Sheriff's Office.

18. There is a yellow plastic correctional grade wheelchair located near the Leighton ramp which can be used to assist any inmate that seeks assistance, up and down the ramp.

19. That wheelchair has been there since July 25, 2017, and was available for use near the ramp while Mr. Bennett traveled to and from his court appearances.

20. Upon request of the inmate, the escorting officer, or an available officer stationed in that area, can push an inmate up and down the ramp using the aforementioned wheelchair.

21. In addition to the signage posted on the bridge, all detainees are made aware via the inmate handbook and orientation video played during intake that they can contact the ADA compliance officer if they need assistance regarding a disability.

I certify under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on April 12, 2019

By: *Sabrina Rivero-Canchola*

Sabrina Rivero-Canchola

OFFICIAL SEAL
JANICE A YOST
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/14/21

*Janice A. Yost* 4/15/19

3

**EXHIBIT 2**