## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Preston Bennett
                    Plaintiff,

v.                                           Case No.: 1:18−cv−04268
                                                              Honorable John Robert Blakey

Thomas Dart, et al.
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 11, 2023:

      MINUTE entry before the Honorable John Robert Blakey: In person motion hearing held on 1/11/2023. Based upon representations of counsel, all pending motions are denied without prejudice. Status hearing set for 3/7/2023 at 11:00 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.